**Opinion issued March 2, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00052-CV
_____

## IN RE SILVER LADLE LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Silver Ladle LLC, filed a petition for writ of mandamus, requesting that this Court order the trial court to rule on its summary-judgment motion.[1] On February 4, 2023, relator filed a motion to dismiss its petition for writ of

---

[1] The underlying case is *Violet Allen, Ashley Allen, Rodney Gamble, Melvin Gray Jr., Jacqueline Joseph Howard, Alonzo Sloan, and Carl Vester Young v. Mateos Kesete Tsada, Mustang Food Supply, Hossein Toghani, and Silver Ladle LLC*, Cause No. 2021-58553, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

mandamus, notifying this Court that trial court had granted an agreed motion to dismiss all claims and causes of action asserted in the underlying suit. Although relator failed to include a certificate of conference with its motion, relator's motion includes a certificate of service, more than ten days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant relator's motion and dismiss the petition for writ of mandamus. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.